

**Epstein Drangel LLP**
60 East 42nd Street, Suite 2520, New York, NY 10165
T: 212.292.5390 • E: mail@ipcounselors.com
www.ipcounselors.com

March 10, 2022

# MEMORANDUM ENDORSED

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/22
```

**VIA ECF ONLY**
Honorable Gregory H. Woods
United States District Court
Southern District of New York
500 Pearl Street, Room 2260
New York, NY 10007

   Re: *EOS Worldwide, LLC v. TractionWork*, Civil Action No. 1:22-cv-00303-GHW
      Letter Requesting Adjournment of Initial Pretrial Conference

Dear Judge Woods:

  We represent Plaintiff EOS Worldwide, LLC in the above-captioned case, and are writing, pursuant to Your Honor's Individual Rule 1(E), with the consent of Defendant TractionWork d/b/a www.tractionwork.com, to request a one month adjournment of the Initial Pretrial Conference, currently scheduled for March 21, 2022 at 4:30 PM, to April 21, 2022, or whenever thereafter best suits the Court. The parties are currently engaged in negotiations relating to a potential out-of-court resolution of this matter, and as such, an adjournment would permit the parties further time to explore any such resolution, thereby conserving the time and resources of the parties, as well as the Court. This is the parties' first request for any adjournment.

  We thank the Court for its time and consideration.

                Respectfully submitted,

                **EPSTEIN DRANGEL LLP**

                BY: s/ *Kerry B. Brownlee*
                Kerry B. Brownlee (KB 0823)
                kbrownlee@ipcounselors.com
                60 East 42nd Street, Suite 2520
                New York, NY 10165
                Telephone: (212) 292-5390
                Facsimile: (212) 292-5391
                *Attorneys for Plaintiff EOS Worldwide, LLC*

---

Application granted. The initial pretrial conference, currently scheduled for March 21, 2022 at 4:30 p.m., is adjourned to **April 22, 2022 at 4:00 p.m.** The joint letter and proposed case management plan described in the Court's January 13, 2022 Order, Dkt. No. 9, is due on or before April 15, 2022.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 12.

SO ORDERED.

Dated: March 10, 2022
New York, New York

            _____
              GREGORY H. WOODS
              United States District Judge